Pro Se 15 2016

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 04 2023    CR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Dakota J Doniey

Plaintiff(s),

v.

City of Seattle
City of Bellevue
Sebring Frehner

Defendant(s).

CASE NO. 2:23-cv-00651-RAJ
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☒ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Dakota J Doniey
Street Address: 77.5 Washington St.
City and County: Seattle, King County
State and Zip Code: Washington 98104
Telephone Number: (206) 617-6792

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.  Defendant(s)

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | CIty of Seattle |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

☐ Individual capacity  ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | CIty of Bellevue |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

☐ Individual capacity  ☐ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Sebring FreHneR |
| Job or Title *(if known)* | tRapper |
| Street Address | 14419 SE 12th St 98007 |
| City and County | Bellevue |
| State and Zip Code | WASHingtoN |
| Telephone Number | |

☐ Individual capacity  ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

Defendant No. 4

    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    ☐ Individual capacity    ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☒ No     ☐ Yes     If yes, how many? _____

Describe the lawsuit:

*unReasonable search and Negeligance [crossed out] Gun Rights takin away without being able to Defend myself falsafied police Report + conspiracy to violate constitutunol Rights*

Parties to this previous lawsuit:

Plaintiff(s)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1

2

3    Defendant(s)

4

5

6

7

8    *(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

9    Court and name of district:

10

11   Docket Number: _____

12   Assigned Judge: _____

13   Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

14

15

16

17

18   Approximate filing date of lawsuit: _____

19   Approximate date of disposition: _____

20

21                       **III.   BASIS FOR JURISDICTION**

22   Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any

23   rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

1. *v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_The Right to bear arms The Right of freedom of speech._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_The Right to Defend myself In a court of law. the Right to Appeal_

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

falsified evidence
falsified police report
conspiracy to violate constitutional Rights, and Not Informing me of a court date which took away my Right to defend myself In a Jury trial

### IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

a Judge told a man that He was not allowed to speak I Have proof of this through an audio file

A. Where did the events giving rise to your claim(s) occur?

Bellevue Washington In the Court House East Division District Court

B. What date and approximate time did the events giving rise to your claim(s) occur?

_____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEbring frehner filed a domestic through paula marie ward after his arrest for 4th Degree aussault and Has continued to do so preventing me from being able to go Home even thou I've paid Rent

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

### V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

I lost by ability to breath due to being choked and I had bruising on my neck

### VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

I want to Defend myself In the courtroom since my ability to do so was takin away and I want the court to Right these wrongs

### VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 2016

1  I agree to provide the Clerk's Office with any changes to my address where case-related
2  papers may be served. I understand that my failure to keep a current address on file with the
3  Clerk's Office may result in the dismissal of my case.

4  Date of signing: _____

5  Signature of Plaintiff   _~~~~~~~~~~_

6  Printed Name of Plaintiff  Dakota Donley

7

8  Date of signing: _____

9  Signature of Plaintiff  _____

10 Printed Name of Plaintiff _____

11

12 Date of signing: _____

13 Signature of Plaintiff  _____

14 Printed Name of Plaintiff _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8